**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6013**

JOSHUA BERNARD JOHNS,

Plaintiff - Appellant,

versus

JOANN H. HARRIS, Treatment Programs
Supervisor; LINDA MONTALTANO, Director,
Central Classification Service; EDDIE L.
PEARSON, Warden,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-05-1257-1)

Submitted: June 30, 2006                Decided: July 25, 2006

Before WILKINSON, NIEMEYER, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Joshua Bernard Johns, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joshua Bernard Johns seeks to appeal the district court's order dismissing his complaint without prejudice for failure to state a claim upon which relief can be granted. Because Johns can file an amended complaint in the district court to cure the defect identified in the dismissal order, the district court's order is not reviewable. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1067 (4th Cir. 1993). Accordingly, we deny Johns' motions for summary disposition, a continuance, and to amend his complaint on appeal, and we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED